COHEN, J.
 

 We reverse Mr. Shade’s conviction for attempted second-degree murder based upon the fundamentally erroneous jury instruction on the lesser-included attempted voluntary manslaughter offense.
 
 Roundtree v. State,
 
 77 So.3d 846 (Fla. 5th DCA 2012);
 
 Cannon v. State,
 
 77 So.3d 684 (Fla. 5th DCA 2011);
 
 Willis v. State,
 
 70 So.3d 739 (Fla. 5th DCA 2011);
 
 Burton v. State,
 
 — So.3d -, 2011 WL 1326258 (Fla. 5th DCA 2011). As done previously, we express conflict with
 
 Williams v. State,
 
 40 So.3d 72 (Fla. 4th DCA 2010),
 
 review granted,
 
 64 So.3d 1262 (Fla.2011).
 

 REVERSED and REMANDED.
 

 PALMER and LAWSON, JJ., concur.